| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | **Order Filed on December 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Matthew and Michele Stuart<br><br>Debtors | Case No.: 17-16721<br><br>Adv. No.:<br><br>Hearing Date: December 15, 2020 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

# ORDER EXCUSING JENKINS AND CLAYMAN AS ATTORNEYS FOR THE DEBTORS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: December 15, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Matthew and Michele Stuart |
| Case No: | 17-16721 ABA |
| Caption of Order: | Order Excusing Jenkins and Clayman as Attorneys for the Debtors |

Upon consideration of Jenkins & Clayman's motion for an order excusing Jenkins & Clayman as attorneys for the debtors, and service of this motion having been made upon all interested parties, and good cause appearing therefore, it is hereby:

**ORDERED and ADJUDGED** that:

1. Jenkins & Clayman is hereby excused as counsel for the debtors in their joint Chapter 13 bankruptcy case.

2. The debtors shall be proceeding as self-represented individuals until an attorney at law enters an appearance on behalf of one or both of the Debtors