| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on December 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re: | Case No.: | 17-16721 |
| | Adv. No.: | |
| Matthew and Michele Stuart | Hearing Date: | December 15, 2020 at 10:00 a.m. |
| Debtors | Judge: | Andrew B. Altenburg, Jr. |

# ORDER EXCUSING JENKINS AND CLAYMAN AS ATTORNEYS FOR THE DEBTORS

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: December 15, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Matthew and Michele Stuart |
| Case No: | 17-16721 ABA |
| Caption of Order: | Order Excusing Jenkins and Clayman as Attorneys for the Debtors |

Upon consideration of Jenkins & Clayman's motion for an order excusing Jenkins & Clayman as attorneys for the debtors, and service of this motion having been made upon all interested parties, and good cause appearing therefore, it is hereby:

**ORDERED and ADJUDGED** that:

1. Jenkins & Clayman is hereby excused as counsel for the debtors in their joint Chapter 13 bankruptcy case.

2. The debtors shall be proceeding as self-represented individuals until an attorney at law enters an appearance on behalf of one or both of the Debtors

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-16721-ABA |
| Matthew S. Stuart | Chapter 13 |
| Michele Stuart | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Matthew S. Stuart, Michele Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Joint Debtor Michele Stuart jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Debtor Matthew S. Stuart jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 15, 2020 Form ID: pdf903 Total Noticed: 1

on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins

on behalf of Debtor Matthew S. Stuart jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Jeffrey E. Jenkins

on behalf of Joint Debtor Michele Stuart jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11