**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Daniel L. Reinganum**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
Telephone: (856) 482-5544
Fax: (856) 482-5511

Order Filed on September 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Matthew S. Stuart, | : | Case No. 17-16721-ABA |
| Michele Stuart | : | |
| | : | Hearing Date: August 31, 2021 |
| Debtors | : | |

---------------------------------------------------------------X

## CONSENT ORDER SEVERING CASES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been opened to the Court by Daniel Reinganum, attorney for Matthew Stuart, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** as follows:

1. The within case shall be Bifurcated.
2. Debtor 1 Matthew Stuart shall retain the within case number 17-16721-ABA.
3. Debtor 2 Michele Stuart shall be assigned a new case number by the Clerk's office
4. Debtor 1 shall be responsible for Chapter 13 Trustee payments due under case number 17-16721-ABA.
5. Both Debtor 1 and Debtor 2 shall file amended schedules I, J, and a Modified Chapter 13 plan within fourteen (14) days of the date of the entry of this order.
6. Counsel fees for Carrie J. Boyle shall not be a claim in Debtor 1's case (17-16721-ABA) but shall be a claim in Debtor 2's case under the newly assigned case number.
7. Matthew Stuart's limited objection to professional fees, filed on August 5, 2021 at Docket #105, is withdrawn.

I consent to the form and entry of the within order.

| | |
|---|---|
| MCDOWELL LAW, PC | BOYLE & VALENTI, PC |
| BY:   /s/ Daniel Reinganum | BY:   /s/ Carrie J. Boyle |
| Daniel Reinganum | Carrie J. Boyle |
| Attorney for Matthew Stuart | Attorney for Michele Stuart |