**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN**

**Daniel L. Reinganum**
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Fax: (856) 482-5511

Order Filed on September 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Matthew S. Stuart, | : | Case No. 17-16721-ABA |
| Michele Stuart | : | |
| | : | Hearing Date: August 31, 2021 |
| **Debtors** | : | |

---------------------------------------------------------------X

## CONSENT ORDER SEVERING CASES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 10, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been opened to the Court by Daniel Reinganum, attorney for Matthew Stuart, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** as follows:

1. The within case shall be Bifurcated.

2. Debtor 1 Matthew Stuart shall retain the within case number 17-16721-ABA.

3. Debtor 2 Michele Stuart shall be assigned a new case number by the Clerk's office

4. Debtor 1 shall be responsible for Chapter 13 Trustee payments due under case number 17-16721-ABA.

5. Both Debtor 1 and Debtor 2 shall file amended schedules I, J, and a Modified Chapter 13 plan within fourteen (14) days of the date of the entry of this order.

6. Counsel fees for Carrie J. Boyle shall not be a claim in Debtor 1's case (17-16721-ABA) but shall be a claim in Debtor 2's case under the newly assigned case number.

7. Matthew Stuart's limited objection to professional fees, filed on August 5, 2021 at Docket #105, is withdrawn.

I consent to the form and entry of the within order.

| | |
|---|---|
| MCDOWELL LAW, PC | BOYLE & VALENTI, PC |
| BY:   /s/ Daniel Reinganum | BY:   /s/ Carrie J. Boyle |
| Daniel Reinganum | Carrie J. Boyle |
| Attorney for Matthew Stuart | Attorney for Michele Stuart |

2

United States Bankruptcy Court
District of New Jersey

In re:  
Matthew S. Stuart  
    Debtor

Case No. 17-16721-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Sep 10, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Carrie J. Boyle  
on behalf of Joint Debtor Michele Stuart cboyle@b-vlaw.com  
tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Daniel L Reinganum  
on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com  
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon  
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman  
on behalf of Joint Debtor Michele Stuart mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Isabel C. Balboa

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Joint Debtor Michele Stuart mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11