UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
*Attorneys for Michele Stuart.*

In Re:

    Matthew Stuart,

              Debtor.

Chapter: 13

Case No.: 17-16721-ABA

Judge: ABA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Boyle & Valenti Law, P.C. hereby enters its appearance as a party of interest in the Debtor, Matthew Stuart's Chapter 13 case. Pursuant to Federal Rules of Bankruptcy Procedure 2001, 9007 and 9010, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

        Carrie J. Boyle, Esquire
        Boyle & Valenti Law, P.C.
        1940 Route 70 East, Suite 4
        Cherry Hill, NJ 08003
        Phone: 856-499-3335
        Fax: 856-499-3304

Dated: September 29, 2021                            Boyle & Valenti Law, P.C.

                                                          By:*/s/Carrie J. Boyle*
                                                              Carrie J. Boyle