Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−16721−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Matthew S. Stuart
167 Sequoya Drive
Berlin, NJ 08009

Social Security No.:
xxx−xx−7145

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on December 14, 2018.

On 9/30/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: November 10, 2021
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 30, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 17-16721-ABA

Matthew S. Stuart Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3

Date Rcvd: Sep 30, 2021 Form ID: 185 Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516744964 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516818561 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516744965 | + | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 516932761 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519320354 | + | Carrie J. Boyle, Esquire Boyle & Valenti Law, P.C., 1940 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2141 |
| 517089700 | + | Cordell & Cordell, 1601 Market St., Suite 2230, Philadelphia PA 19103-2325 |
| 516850874 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516744971 | | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 516744973 | | Firestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 517089701 | + | Katie Quinn, c/o NJ Family Support Center, PO BOX 4880, Trenton NJ 08650-4880 |
| 517814758 | + | Mary Kate Quinn, 1 Lumber Lane, Mount Ephraim NJ 08059-1658 |
| 518943388 | + | SPECIALIZED LOAN SERVICING, LLC., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519257347 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518048779 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516744977 | + | TD Bank/Target Credit Card, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 516852026 | #+ | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 516744980 | + | Wells Fargo, c/o Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516809747 | | Email/Text: ally@ebn.phinsolutions.com | Sep 30 2021 20:31:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516744963 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 30 2021 20:31:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 517089699 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 30 2021 20:31:00 | Atlantic City Electric, PO BOX 13610, Philadelphia PA 19101-3610 |
| 516980486 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 30 2021 20:31:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ |

| | | | | |
|---|---|---|---|---|
| | | | | 08069-3600 |
| 516744966 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 20:37:52 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516981451 | + | Email/Text: bankruptcy@cavps.com | Sep 30 2021 20:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516744967 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 20:38:09 | Citicards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 516744968 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2021 20:31:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 516744969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2021 20:31:00 | Comenity Capital/Boscov's, PO BOX 182120, Columbus, OH 43218-2120 |
| 516744970 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 30 2021 20:31:00 | Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 516744972 | | Email/Text: mrdiscen@discover.com | Sep 30 2021 20:31:00 | Discover Financial Service, LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 516756314 | | Email/Text: mrdiscen@discover.com | Sep 30 2021 20:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516744974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 20:37:54 | Goodyear/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516744975 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 20:31:00 | Kohl's/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 516912561 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 20:38:09 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516957209 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2021 20:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516744976 | + | Email/Text: bnc@nordstrom.com | Sep 30 2021 20:31:51 | Nordstrom/TD Bank, P.O. Box 79137, Phoenix, AZ 85062-9137 |
| 516992709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 20:38:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516993149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 20:38:07 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516993048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 20:38:21 | Portfolio Recovery Associates, LLC, c/o Mastercard Black, POB 41067, Norfolk VA 23541 |
| 516993103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 20:38:21 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516763262 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2021 20:31:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516746768 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 20:37:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516819587 | + | Email/Text: bncmail@w-legal.com | Sep 30 2021 20:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516744978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 20:38:23 | The Home Depot/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516865925 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 30 2021 20:48:47 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516744979 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2021 20:31:00 | Verizon Wireless, PO BOX 26055, Minneapolis, MN 55426-0055 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SPECIALIZED LOAN SERVICING, LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 518048780 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517223275 | ##+ | MaryKate Quinn, 1 Lumber Lane, Mt. Ephraim, NJ 08059-1658 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie J. Boyle | on behalf of Debtor Matthew S. Stuart cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Timothy H King | on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10