| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Timothy H King, Esq.<br>**Boyle & Valenti Law, P.C.**<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>tking@b-vlaw.com<br>*Attorneys for the Debtor Michele Stuart* | **Order Filed on October 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   Matthew S. Stuart,<br><br>             Debtor. | Case Nos.: 17-16721-ABA<br><br>Chapter: 13<br><br>Judge: Hon. Andrew B. Altenburg, Jr.<br><br>Hearing Date: 10/12/2021 @ 10 a.m. |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page(s), numbered 2 through 2, is hereby **ORDERED**.

**DATED: October 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No: **17-16721-ABA**

Debtor: **Matthew S. Stuart**

Caption of Order: **ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

---

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by Boyle & Valenti Law, P.C., and regarding the following documents:

a. Attachment #1 to the Motion for Relief from Stay filed on September 21, 2021; docket number 119-1.

b. Atachment #3 to the Motion for Relief from Stay filed on September 21, 2021; docket number 119-3.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P. 9037(h)(2), the Court will replace the incorrectly redacted document(s) with the provided remediated document(s).