10/14/21 2:14PM

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re: **Matthew S. Stuart**

Case No.: **17-16721**

Adversary No.: 

Chapter: **13**

Judge: **ABA**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  **Mary Kate Quinn, Creditor**
(Example: John Smith, creditor)

Old address:  1 Lumber Lane
Mount Ephraim, NJ 08059-1658

New address:  22 Inskeep Court
Cherry Hill, NJ 08003

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **October 14, 2021**

/s/ Daniel L. Reinganum
Signature

*rev. 8/1/2021*