|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Timothy H King, Esq.<br>**Boyle & Valenti Law, P.C.**<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>tking@b-vlaw.com<br>*Attorneys for the Debtor Michele Stuart* | Order Filed on October 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

    Matthew S. Stuart,

           Debtor.

Case Nos.: 17-16721-ABA

Chapter: 13

Judge: Hon. Andrew B. Altenburg, Jr.

Hearing Date:  10/12/2021 @ 10 a.m.

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page(s), numbered 2 through 2, is hereby **ORDERED**.

**DATED: October 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No: **17-16721-ABA**

Debtor: **Matthew S. Stuart**

Caption of Order: **ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

---

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by Boyle & Valenti Law, P.C., and regarding the following documents:

    a.    Attachment #1 to the Motion for Relief from Stay filed on September 21, 2021; docket number 119-1.

    b.    Atachment #3 to the Motion for Relief from Stay filed on September 21, 2021; docket number 119-3.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to Fed. R. Bankr. P. 9037(h)(2), the Court will replace the incorrectly redacted document(s) with the provided remediated document(s).

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew S. Stuart  
    Debtor

Case No. 17-16721-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 12, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Carrie J. Boyle  
     on behalf of Interested Party Michele Stuart cboyle@b-vlaw.com  
     tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Daniel L Reinganum  
     on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com  
     tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon  
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa  
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Oct 12, 2021                              Form ID: pdf903                              Total Noticed: 1

        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald

        on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Lauren Bielskie

        on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers

        on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Timothy H King

        on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10