Daniel L. Reinganum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
DanielR@McDowellLegal.com
Attorneys for Matthew Stuart *only*

Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re: | Case No.: 17-16721-ABA |
|---|---|
| Matthew S. Stuart | Hearing Date: |
| Debtor(s). | Chapter 13 |
| | Judge: Andrew B. Altenburg, Jr. |
| In Re: | Case No.: 21-17133-ABA |
| Michele Stuart | Hearing Date: |
| Debtor(s). | Chapter 13 |
| | Judge: Andrew B. Altenburg, Jr. |

CONSENT ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page(s) numbered 2 through 2, is hereby **ORDERED**.

**DATED: October 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was initially brought before the Court on the motion of Michele Stuart, debtor in Case No. 21-17133 for an order providing relief from the automatic stay to proceed in the State Court divorce action captioned Stuart v. Stuart; Docket FM-04-353-21, and it appearing that reciprocal relief is justified in both Matthew Stuart and Michele Stuart's cases.

Therefore, it is hereby **AGREED** and **ORDERED** as follows:

1. Limited relief from the automatic stay is granted in both Case No. 17-16721-ABA (Matthew Stuart, Debtor) and Case No. 21-17133-ABA (Michele Stuart, Debtor) to permit the state court in the Debtors' divorce proceedings to order the disposition of the marital residence. The marital residence may be marketed and sold in accordance with the orders issued by the state court, subject to bankruptcy court approval so long as any Debtor remains in their bankruptcy case.

2. Limited relief from the automatic stay is granted in both Case No. 17-16721-ABA (Matthew Stuart, Debtor) and Case No. 21-17133-ABA (Michele Stuart, Debtor) to permit the state court in the Debtors' divorce proceedings to commence equitable distribution proceedings in the debtors' divorce. So long as any Debtor remains in their bankruptcy case, all final determinations of equitable distribution of the Debtors' assets is subject to approval of the bankruptcy court approval.

I AGREE TO THE FORM AND ENTRY OF THE WITHIN ORDER

Boyle & Valenti, PC

BY: _/s/ Carrie J Boyle_    Date: 10/8/21
Carrie J Boyle, Esq.
Attorneys for Michele Stuart

McDowell Law, PC

BY: _/s/ Daniel L. Reinganum_    Date: 10-8-21
Daniel L. Reinganum
Attorneys for Matthew Stuart

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew S. Stuart  
    Debtor

Case No. 17-16721-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 12, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

**Name**      **Email Address**

Carrie J. Boyle  
     on behalf of Interested Party Michele Stuart cboyle@b-vlaw.com  
     tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Daniel L Reinganum  
     on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com  
     tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com

Denise E. Carlon  
     on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa  
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Oct 12, 2021      Form ID: pdf903      Total Noticed: 1

| Name | Details |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Timothy H King | on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10