Daniel L. Reinganum
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544 / DanielR@McDowellLegal.com
*Attorneys for Matthew Stuart, Chapter 13 Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Order Filed on January 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE: | Case No.: 17-16721-ABA |
| Matthew S. Stuart | Chapter No.: 13 |

### ORDER APPROVING DISBURSEMENT OF SALES PROCEEDS TO DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 25, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter comes before the Court by way of motion by Matthew Stuart, and the Chapter 13 Trustee having objected to same, and the parties having resolved their objection, and for good cause show, it is hereby:

**ORDERED** that the restraints on distribution of sales proceeds to Matthew Stuart as set forth in this Court's Order Authorizing Sale of Real Property entered on December 14, 2021 in Case No. 21-17133-ABA are hereby **DISSOLVED.**

**FURTHER ORDERED** that Matthew Stuart is entitled to receive his 50% of the sales proceeds from the sale of 167 Sequoia Drive, Berlin, NJ 08009 without payment from same to the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 17-16721-ABA

Matthew S. Stuart                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022                      Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie J. Boyle | on behalf of Interested Party Michele Stuart cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064 |
| Daniel L Reinganum | on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jan 25, 2022 Form ID: pdf903 Total Noticed: 1

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Timothy H King
    on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11