Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−16721−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew S. Stuart
   167 Sequoya Drive
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−7145

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      3/10/22
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Daniel L Reinganum, Debtor's Attorney, period: 10/7/2021 to 1/25/2022.

COMMISSION OR FEES
fee: $3,415.00.

EXPENSES
$547.85.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 3, 2022
JAN:

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-16721-ABA

Matthew S. Stuart  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4

Date Rcvd: Feb 03, 2022      Form ID: 137      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| jdb | + | Michele Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 519320354 | + | Carrie J. Boyle, Esquire Boyle & Valenti Law, P.C., 1940 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2141 |
| 517089700 | + | Cordell & Cordell, 1601 Market St., Suite 2230, Philadelphia PA 19103-2325 |
| 517089701 | + | Katie Quinn, c/o NJ Family Support Center, PO BOX 4880, Trenton NJ 08650-4880 |
| 517814758 | + | Mary Kate Quinn, 22 Inskeep Court, Cherry Hill, NJ 08003-4404 |
| 517223275 | + | MaryKate Quinn, 22 Inskeep Court, Cherry Hill NJ 08003-4404 |
| 518943388 | + | SPECIALIZED LOAN SERVICING, LLC., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519257347 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518048779 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516744977 | + | TD Bank/Target Credit Card, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 516852026 | #+ | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 516744980 | + | Wells Fargo, c/o Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516809747 | | Email/Text: ally@ebn.phinsolutions.com | Feb 03 2022 22:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516744963 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 03 2022 22:03:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 516744964 | + | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 22:05:34 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516818561 | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 22:05:32 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517089699 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 03 2022 22:03:00 | Atlantic City Electric, PO BOX 13610, Philadelphia PA 19101-3610 |
| 516980486 | | Email/Text: bankruptcy@pepcoholdings.com | Feb 03 2022 22:03:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516744965 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2022 22:03:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |

Case 17-16721-ABA   Doc 163   Filed 02/05/22   Entered 02/06/22 00:13:14   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 137 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516744966 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com  Feb 03 2022 22:05:26 | | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516932761 | | Email/PDF: bncnotices@becket-lee.com  Feb 03 2022 22:05:40 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516981451 | + | Email/Text: bankruptcy@cavps.com  Feb 03 2022 22:04:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516744967 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Feb 03 2022 22:05:35 | | Citicards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 516744968 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Feb 03 2022 22:03:00 | | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 516744969 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Feb 03 2022 22:03:00 | | Comenity Capital/Boscov's, PO BOX 182120, Columbus, OH 43218-2120 |
| 516744970 | + | Email/Text: bankruptcy_notifications@ccsusa.com  Feb 03 2022 22:04:00 | | Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 516850874 | | Email/Text: BKPT@cfna.com  Feb 03 2022 22:03:00 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516744971 | | Email/Text: BKPT@cfna.com  Feb 03 2022 22:03:00 | | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 516744972 | | Email/Text: mrdiscen@discover.com  Feb 03 2022 22:03:00 | | Discover Financial Service, LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 516756314 | | Email/Text: mrdiscen@discover.com  Feb 03 2022 22:03:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516744973 | | Email/Text: BKPT@cfna.com  Feb 03 2022 22:03:00 | | Firestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 516744974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Feb 03 2022 22:05:35 | | Goodyear/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516744975 | + | Email/Text: PBNCNotifications@peritusservices.com  Feb 03 2022 22:03:00 | | Kohl's/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 516912561 | | Email/PDF: resurgentbknotifications@resurgent.com  Feb 03 2022 22:05:29 | | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516957209 | + | Email/Text: bankruptcydpt@mcmcg.com  Feb 03 2022 22:03:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516744976 | + | Email/Text: bnc@nordstrom.com  Feb 03 2022 22:03:30 | | Nordstrom/TD Bank, P.O. Box 79137, Phoenix, AZ 85062-9137 |
| 516992709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 03 2022 22:05:28 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516993149 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 03 2022 22:05:34 | | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516993048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 03 2022 22:05:40 | | Portfolio Recovery Associates, LLC, c/o Mastercard Black, POB 41067, Norfolk VA 23541 |
| 516993103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Feb 03 2022 22:05:28 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516763262 | | Email/Text: bnc-quantum@quantum3group.com  Feb 03 2022 22:03:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516746768 | + | Email/PDF: gecsedi@recoverycorp.com  Feb 03 2022 22:05:39 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516819587 | + | Email/Text: bncmail@w-legal.com  Feb 03 2022 22:04:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

Case 17-16721-ABA    Doc 163    Filed 02/05/22    Entered 02/06/22 00:13:14    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 03, 2022 | Form ID: 137 | Total Noticed: 50 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 400, SEATTLE, WA 98121-3132 |
| 516744978 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2022 22:05:41 | The Home Depot/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516865925 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 03 2022 22:05:28 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516744979 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 03 2022 22:03:00 | Verizon Wireless, PO BOX 26055, Minneapolis, MN 55426-0055 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | *+ | Michele Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| cr | *+ | SPECIALIZED LOAN SERVICING, LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 518048780 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519323664 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carrie J. Boyle | on behalf of Interested Party Michele Stuart cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064 |
| Daniel L Reinganum | on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jennifer R. Gorchow | |

District/off: 0312-1     User: admin     Page 4 of 4

Date Rcvd: Feb 03, 2022     Form ID: 137     Total Noticed: 50

on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Lauren Bielskie

on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers

on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Timothy H King

on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com  cvitullo@b-vlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11