UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*FILED*
JEANNE A. NAUGHTON, CLERK
MAR 15 2022
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

IN RE:

Matthew S. Stuart
Michele Stuart
    Debtor

Case No. 17-16721
Honorable Andrew B. Altenburg Jr.
Chapter 13

_____/

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #13

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #13 filed on July 24, 2017 in the amount of $2299.59 has been satisfied.

Respectfully submitted:

**Felicia Hale on behalf of Midland Credit Management, Inc.**

/s/ Felicia Hale
Bankruptcy Specialist
PO Box 2011
Warren, MI 48090
877-495-2902
MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 8, 2022

P.O. BOX 2011
WARREN, MI 48090-2011

ADDRESS SERVICE REQUESTED

0810132087 B025

US Bankruptcy Court
District of New Jersey
P.O Box 2067
Camden, NJ 08101