**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED
JEANNE A. NAUGHTON, CLERK

MAR 15 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

IN RE:

Matthew S. Stuart
Michele Stuart
   Debtor

Case No. 17-16721
Honorable Andrew B. Altenburg Jr.
Chapter 13

_____/

## MIDLAND CREDIT MANAGEMENT, INC.'S NOTICE OF SATISFACTION OF PROOF OF CLAIM #14

**NOW COMES** Creditor, Midland Credit Management, Inc. as servicer for Midland Funding, LLC, and hereby provides notice that the Proof of Claim #14 filed on July 24, 2017 in the amount of $1446.16 has been satisfied.

Respectfully submitted:

**Felicia Hale on behalf of Midland Credit Management, Inc.**

/s/ Felicia Hale
Bankruptcy Specialist
PO Box 2011
Warren, MI 48090
877-495-2902
MBX_ILMS_Bankruptcy@MCMCG.com

Dated: March 8, 2022

P.O. BOX 2011
WARREN, MI 48090-2011

ADDRESS SERVICE REQUESTED

US Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101