| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Matthew S. Stuart<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7145<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–16721–ABA | |

## Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew S. Stuart

_7/8/22_                                                      **By the court:** _Andrew B. Altenburg Jr._
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Matthew S. Stuart  
    Debtor

Case No. 17-16721-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jul 08, 2022      Form ID: 3180WJ1      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Matthew S. Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| jdb | #+ | Michele Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 519320354 | + | Carrie J. Boyle, Esquire Boyle & Valenti Law, P.C., 1940 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2141 |
| 517089700 | + | Cordell & Cordell, 1601 Market St., Suite 2230, Philadelphia PA 19103-2325 |
| 517089701 | + | Katie Quinn, c/o NJ Family Support Center, PO BOX 4880, Trenton NJ 08650-4880 |
| 517814758 | + | Mary Kate Quinn, 22 Inskeep Court, Cherry Hill, NJ 08003-4404 |
| 517223275 | + | MaryKate Quinn, 22 Inskeep Court, Cherry Hill NJ 08003-4404 |
| 518943388 | + | SPECIALIZED LOAN SERVICING, LLC., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 516744980 | + | Wells Fargo, c/o Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 20:35:00 | Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 516809747 | | EDI: GMACFS.COM | Jul 09 2022 00:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516744963 | + | EDI: GMACFS.COM | Jul 09 2022 00:28:00 | Ally Financial, P. O. Box 380901, Bloomington, MN 55438-0901 |
| 516744964 | + | Email/PDF: bncnotices@becket-lee.com | Jul 08 2022 20:43:33 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 516818561 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2022 20:43:29 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517089699 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 08 2022 20:35:00 | Atlantic City Electric, PO BOX 13610, Philadelphia PA 19101-3610 |
| 516980486 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 08 2022 20:35:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516744965 | + | EDI: TSYS2 | Jul 09 2022 00:28:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 516744966 | + | EDI: CAPITALONE.COM | Jul 09 2022 00:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-16721-ABA   Doc 180   Filed 07/10/22   Entered 07/11/22 00:16:39   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: 3180WJ1 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 516932761 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2022 20:43:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516981451 | + | Email/Text: bankruptcy@cavps.com | Jul 08 2022 20:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516744967 | + | EDI: CITICORP.COM | Jul 09 2022 00:28:00 | Citicards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 516744968 | | EDI: WFNNB.COM | Jul 09 2022 00:28:00 | Comenity Bank/Ann Taylor, PO Box 182789, Columbus, OH 43218-2789 |
| 516744969 | + | EDI: WFNNB.COM | Jul 09 2022 00:28:00 | Comenity Capital/Boscov's, PO BOX 182120, Columbus, OH 43218-2120 |
| 516744970 | + | EDI: CCS.COM | Jul 09 2022 00:28:00 | Credit Collection Service, PO BOX 607, Norwood, MA 02062-0607 |
| 516850874 | | EDI: CRFRSTNA.COM | Jul 09 2022 00:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516744971 | | EDI: CRFRSTNA.COM | Jul 09 2022 00:28:00 | Credit First National Association, PO Box 81315, Cleveland, OH 44181-0315 |
| 516744972 | | EDI: DISCOVER.COM | Jul 09 2022 00:28:00 | Discover Financial Service, LLC, PO BOX 15316, Wilmington, DE 19850-5316 |
| 516756314 | | EDI: DISCOVER.COM | Jul 09 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516744973 | | EDI: CRFRSTNA.COM | Jul 09 2022 00:28:00 | Firestone, PO Box 81307, Cleveland, OH 44181-0307 |
| 516744974 | + | EDI: CITICORP.COM | Jul 09 2022 00:28:00 | Goodyear/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516744975 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 08 2022 20:34:00 | Kohl's/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 516912561 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 20:42:51 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516957209 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 20:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516744976 | + | Email/Text: bnc@nordstrom.com | Jul 08 2022 20:35:26 | Nordstrom/TD Bank, P.O. Box 79137, Phoenix, AZ 85062-9137 |
| 516992709 | | EDI: PRA.COM | Jul 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516993149 | | EDI: PRA.COM | Jul 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516993048 | | EDI: PRA.COM | Jul 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Mastercard Black, POB 41067, Norfolk VA 23541 |
| 516993103 | | EDI: PRA.COM | Jul 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516763262 | | EDI: Q3G.COM | Jul 09 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518048779 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 08 2022 20:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519257347 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 08 2022 20:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516746768 | + | EDI: RMSC.COM | Jul 09 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 516819587 | + Email/Text: bncmail@w-legal.com | | Jul 08 2022 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516744977 | + EDI: WTRRNBANK.COM | | Jul 09 2022 00:28:00 | TD Bank/Target Credit Card, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 516744978 | + EDI: CITICORP.COM | | Jul 09 2022 00:28:00 | The Home Depot/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 516865925 | + EDI: AIS.COM | | Jul 09 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516744979 | + EDI: VERIZONCOMB.COM | | Jul 09 2022 00:28:00 | Verizon Wireless, PO BOX 26055, Minneapolis, MN 55426-0055 |
| 516852026 | + EDI: WFHOME | | Jul 09 2022 00:28:00 | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Michele Stuart, 167 Sequoya Drive, Berlin, NJ 08009-1445 |
| cr | *+ | SPECIALIZED LOAN SERVICING, LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 518048780 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519323664 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carrie J. Boyle | on behalf of Interested Party Michele Stuart cboyle@b-vlaw.com tking@b-vlaw.com;cvitullo@b-vlaw.com;clerk@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128&#064 |
| Daniel L Reinganum | on behalf of Debtor Matthew S. Stuart DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 08, 2022 | Form ID: 3180WJ1 | Total Noticed: 51 |

Isabel C. Balboa
  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
  on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jennifer R. Gorchow
  on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Lauren Bielskie
  on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Nicholas V. Rogers
  on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Timothy H King
  on behalf of Joint Debtor Michele Stuart tking@b-vlaw.com  cvitullo@b-vlaw.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11